September 14, 1965

Commonwealth ex rel. Versace *v.* Pirollo, Appellant.

Argued September 13, 1965. *Robert Lewis Seigle,* for appellant; *Philip Richman,* for appellee.

Order affirmed.

FLOOD, J., absent.